B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Northwest Building Material of Illinois, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Northwest Building Material & Supply |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): 36-3675791 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>31W524 Diehl Road<br>Naperville, IL 60563<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Dupage                              ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br>c/o Registered Agent<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br><br>                                                ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Mollie Enterprises, Inc. | Case Number<br>12-20426 | Date<br>5/18/12 |
|---|---|---|
| Relationship<br>Affiliate | District<br>N.D. Illinois | Judge<br>Hon. Eugene Wedoff |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>       or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Northwest Building Material of Illinois, Inc.

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Name of Petitioner | Date Signed | Name of Attorney Firm (If any) |
| | | Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | | Telephone No. |

| x [signature] PRESIDENT | x [signature] | 9/20/12 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Expanded Metal Products Corp.   9/10/12 | Meltzer Purtill & Stelle LLC | |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address: Mark J. Polan, 4633 S. Knox Ave., Chicago, IL 60632, President | Address: 300 S. Wacker Dr., Suite 3500, Chicago, IL 60606 | |
| | Telephone No. 312-461-4304 | |

| x _____ | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| New NGC, Inc. | Quarles & Brady LLP |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address: Richard Parkhurst, 2001 Rexford Road, Charlotte, NC 28211, Treasurer | Address: 300 N. LaSalle St., Suite 4000, Chicago, IL 60654 |
| | Telephone No. 312-715-5087 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Expanded Metal Products Corp., 4633 S. Knox Ave., Chicago, IL 60632 | Materials sold | At least $306,115.89 |
| New NGC, Inc., 2001 Rexford Road, Charlotte, NC 28211 | Materials sold | $1,635,746.23 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims: next page |

1 continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Northwest Buiding Material of Illinois, Inc.__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____     x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney     Date

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)
Address

Telephone No.

---

x_____     x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney     Date
Expanded Metal Products Corp.     Meltzer Purtill & Stelle LLC

Name of Petitioner     Date Signed     Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark J. Polan
4633 S. Knox Ave.
Chicago, IL 60632
President

Address
300 S. Wacker Dr., Suite 3500
Chicago, IL 60606

Telephone No. 312-461-4304

---

x_____  9/12/12     x_____  9/17/12
Signature of Petitioner or Representative (State title)     Signature of Attorney     Date
New NGC, Inc.     Quarles & Brady LLP

Name of Petitioner     Date Signed     Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Parkhurst
2001 Rexford Road
Charlotte, NC 28211
Treasurer

Address
300 N. LaSalle St., Suite 4000
Chicago, IL 60654

Telephone No. 312-715-5087

---

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner Expanded Metal Products Corp., 4633 S. Knox Ave., Chicago, IL 60632 | Materials sold | At least $306,115.89 |
| Name and Address of Petitioner New NGC, Inc., 2001 Rexford Road, Charlotte, NC 28211 | Materials sold | $1,635,746.23 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   next page |

__1__ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Northwest Building ~~~ Materialof Illinois, Inc.~~~__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signed] Credit mgr_  
Signature of Petitioner or Representative (State title)  
Lafarge North America Inc.    9-18-12  
Name of Petitioner    Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity:  
James Pahl  
12018 Sunrise Valley Dr.  
Reston, VA 20191  
Credit - A/R Manager  

x _[signed]_    9/20/12  
Signature of Attorney    Date  
Meltzer Purtill & Stelle LLC  
Name of Attorney Firm (If any)  
Address  
300 S. Wacker Drive, Suite 3500  
Chicago, IL 60606  

Telephone No. 312-461-4304  

x _____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner    Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  

x _____  
Signature of Attorney    Date  

Name of Attorney Firm (If any)  
Address  

Telephone No.  

x _____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner    Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  

x _____  
Signature of Attorney    Date  
Quarles & Brady LLP  
Name of Attorney Firm (If any)  

Telephone No.  

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lafarge North America Inc., 12018 Sunrise Valley Dr., Reston, VA 20191 | Materials sold | at least $205,576.21 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner   N | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  At least $2,147,438.33

_____ continuation sheets attached